# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# CHARLESTON DIVISION

CHRISTOPHER CENTERS,

        Plaintiff,

v.                                                  CIVIL ACTION NO.   2:21-cv-00186

KILOLO KIJAKAZI,[1] Acting
Commissioner of Social Security,

        Defendant.

## **PROPOSED FINDINGS & RECOMMENDATION**

This matter is assigned to the Honorable Irene C. Berger, United States District Judge, and by standing order entered on January 4, 2016, and filed in this case on March 26, 2021, this matter is referred to the undersigned United States Magistrate Judge for submission of proposed findings and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 3.) Plaintiff Christopher Centers ("Plaintiff") seeks review of the final decision of the Commissioner of Social Security denying his application for benefits under the Social Security Act. (ECF No. 2.)

On March 25, 2021, Plaintiff filed his Complaint in this matter and an Application to Proceed Without Prepayment of Fees and Costs. (ECF Nos. 1, 2.) By Order and Notice entered on March 29, 2021, the undersigned granted Plaintiff's Application to Proceed Without Prepayment of Fees and Costs and directed him to serve the Summons

---

[1] Kilolo Kijakazi is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d). *See also* 42 U.S.C. § 405(g) (stating that action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

and Complaint pursuant to Federal Rule of Civil Procedure 4.  (ECF No. 4.)  The summons was issued the same day.  (ECF No. 5.)

On July 13, 2021, the undersigned entered a Notice of Failure to Make Service Within 90 Days, which advised Plaintiff that this action would be dismissed pursuant to Federal Rule of Civil Procedure 4(m) unless he showed good cause for his failure to timely serve the complaint within ten days of the date of the Notice.  (ECF No. 6.)  To date, Plaintiff has not responded to the Notice, nor has he filed proof of service with this Court as required by Federal Rule of Civil Procedure 4(l).  Accordingly, the undersigned respectfully **RECOMMENDS** that the presiding District Judge **DISMISS** this action pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely serve process.

The parties are notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable Irene C. Berger, United States District Judge.  Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), the parties shall have fourteen (14) days from the date of the filing of this Proposed Findings and Recommendation to file with the Clerk of this Court specific written objections identifying the portions of the Proposed Findings and Recommendation to which objection is made and the basis of such objection.  Extension of this time period may be granted by the presiding District Judge for good cause shown.  Copies of any objections shall be provided to the opposing party or, if it is represented by counsel, to its counsel, and to Judge Berger.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Fourth Circuit Court of Appeals.  28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *Wright v. Collins*, 766 F.2d 841,

846 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

The Clerk is **DIRECTED** to file this Proposed Findings and Recommendation and to mail a copy of the same to Plaintiff and to transmit a copy to counsel of record.

ENTER: August 2, 2021

Dwane L. Tinsley
United States Magistrate Judge